IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RYAN ENVIRONMENTAL, INC.,           CIVIL ACTION NO: 1:10-CV-27

     Plaintiff,

  v.

HESS OIL COMPANY, INC.
AIG DOMESTIC CLAIMS, INC.,
Division of AIU HOLDINGS, INC.,
and COMMERCE & INDUSTRY
INSURANCE COMPANY,

     Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Romano, 128 South Second Street, Clarksburg, West Virginia, 26301, as counsel of record for the Defendant, Hess Oil Company, Inc. It is requested that all pleadings, discovery and all other matters filed in this action be served upon the undersigned, Michael J. Romano.

                                Respectfully Submitted by,
                                Defendant,
                                By Counsel,

                                /s/ Michael J. Romano
                                Michael J. Romano
                                W.Va. State Bar ID No. 6952
                                **LAW OFFICE OF MICHAEL J. ROMANO**
                                128 S. Second Street
                                Clarksburg, WV 26301
                                (304) 624-1100
                                     *Counsel for Defendant, Hess Oil*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**RYAN ENVIRONMENTAL, INC.,**  **CIVIL ACTION NO: 1:10-CV-27**

    **Plaintiff,**

    v.

**HESS OIL COMPANY, INC.
AIG DOMESTIC CLAIMS, INC.,
Division of AIU HOLDINGS, INC.,
and COMMERCE & INDUSTRY
INSURANCE COMPANY,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on April 5, 2010, I electronically filed the foregoing document with the Clark of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Tiffany R. Durst, Esq.<br>W.Va. State Bar ID No. 7441<br>Pullin, Fowler, Flanagan,<br>Brown & Poe, PLLC<br>2414 Cranberry Square<br>Morgantown, West Virginia 26508<br>304-225-2214<br>    *Counsel for Defendants,*<br>    *Chartis Claims, Inc.*<br>    *n/k/a AIG Domestic Claims, Inc., and*<br>    *Commerce & Industry Insurance Co.* | Richard S. Kuhl, Esq.<br>Cynthia G. Swann, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W., South Tower<br>Washington, D.C., 20036<br>202-457-1678<br>    *Counsel for Defendants,*<br>    *AIG Domestic Claims,*<br>    *n/k/a Chartis Claims, Inc., and*<br>    *Commerce & Industry Insurance Co.* |
| Kathleen S. McAllister<br>W.Va. I.D. No. 5149<br>DiBella Greer McAllister Best<br>20 Stanwix Street, 11th Floor<br>Pittsburgh, PA 15222<br>412-261-2900<br>    *Counsel for Plaintiff* | /s/ Michael J. Romano<br>Michael J. Romano |